

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2020

No. 04-20-00374-CR

Robert Francis **BILUNAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-83
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was due on December 7, 2020. On December 8, 2020, appellant filed a motion requesting a thirty day extension of time to file his brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by January 4, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court